# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 02: 08-cr-0312 |
| | ) | |
| HAROLD D. PRICE | ) | |

## ORDER OF COURT

**AND NOW,** this 27th day of February, 2009, it is hereby ORDERED, ADJUDGED AND DECREED that the sentencing hearing in this matter is rescheduled to **Thursday, March 12, 2009 at 10:00 A.M.**

The parties and their counsel are hereby advised that the Court has under serious consideration a downward variance based on the § 3553(a) factors, including, but not limited to, those set forth in the Supplement to the Position with Respect to Sentencing Factors filed by Defendant on February 20, 2009.

BY THE COURT:

s/Terrence F. McVerry
United States District Court Judge

cc: Troy Rivetti,
Assistant U.S. Attorney

W. Penn Hackney,
Assistant Federal Public Defender